No. 02–5579. SLOCUM v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 02–5580. STEWART v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 02–5581. SHORE v. FEDERAL EXPRESS CORP. C. A. 6th Cir. Certiorari denied.

No. 02–5582. AGEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5583. BURGESS v. OREGON. Ct. App. Ore. Certiorari denied.

No. 02–5584. BUCHANAN v. TATE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–5585. CRAGER v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5587. CROSS v. WALSH, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–5590. VOHRA v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–5591. WATTLETON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5592. RIVERA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–5593. GROVE v. ERWIN, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 02–5594. HAMELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5595. HAIRSTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–5596. FREY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.